IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | MAGISTRATE NO. 15-507 |
| ARNETHA MURPHY | : | |

## ORDER

AND NOW, this 24th day of May, 2016, upon consideration of the Government's Motion to Dismiss Information, it is hereby

ORDERED

that the Information captioned in Magistrate Number 15-507 as to defendant Arnetha Murphy is dismissed without prejudice.

BY THE COURT:

HONORABLE ELIZABETH T. HEY
*Magistrate Judge, United States District Court*